UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT BIAS,<br>Plaintiff | Civil Action No.<br>3:16-cv-00623-JJB-RLB |
| | Consolidated With:<br>3:16-cv-00625-JJB-RLB |
| versus | District Judge<br>James J. Brady |
| CB&I, INC. AND JOHN WALL,<br>Defendants | Magistrate Judge<br>Richard L. Bourgeois, Jr |

**DEFENDANT CB&I LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to *Fed R. Civ. P.* 7.1, Defendant, CB&I LLC, formerly CB&I Inc., submits the following Corporate Disclosure Statement, stating as follows:

CB&I LLC is a wholly-owned subsidiary of Chicago Bridge & Iron Company N.V., whose stock is publicly traded on the New York Stock Exchange under the symbol "CBI."

Respectfully submitted,

/s/ *Christopher E. Moore*

Christopher E. Moore, La. Bar No. 26430
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Electronic Mail:
christopher.moore@ogletreedeakins.com

Attorney for Defendant CB&I LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant CB&I LLC's Corporate Disclosure Statement has been served on the following counsel of record via the Court's Electronic Filing/Notification System at the time of the filing of this instrument:

Gordon Dallon Bush, II
Chet G. Boudreaux
Richard F. Zimmerman, III
Christopher J. Corzo
C. Chadwick Boykin
**GORDON, MCKERNAN INJURY ATTORNEYS**
5656 Hilton Ave.
Baton Rouge, LA 70808
cboykin@mckernanlawfirm.com
chet@mckernanlawfirm.com
ccorzo@mckernanlawfirm.com
richard@mckernanlawfirm.com

This 2nd day of November, 2016.

*/s/ Christopher E. Moore*