# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTT BIAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-623-JJB-RLB** |
| **CB&I, INC., ET AL.** | **CONSOLIDATED WITH:**<br>**CV 16-625-JJB-RLB** |
| | **Pertains to Both Cases** |

## ORDER

Before the Court is Defendant CB&I LLC's ("CB&I") Motion to Compel Discovery Responses and for Attorney's Fees (R. Doc. 16) filed on May 18, 2017. CB&I seeks an order compelling Scott Bias ("Plaintiff") to respond fully to interrogatories and requests for production propounded on March 3, 2017. CB&I asserts that despite certain extensions, Plaintiff has not responded to the written discovery requests, with the exception of providing executed authorizations to conduct third-party discovery. The deadline for filing a response to the motion has not expired. LR 7(f).

CB&I did not attach a copy of the propounded written discovery requests at issue. This Court's Local Rules requires a party moving to compel responses to discovery requests to "quote verbatim each interrogatory, request for production, or request for admission to which the motion is addressed, followed immediately by the verbatim response or objection which provided thereto." LR 37. Where no responses or objections have been provided, the moving party must, at a minimum, provide the Court with a copy of the written discovery requests at issue. Without the language of the discovery requests, the Court cannot determine whether an order requiring responses is appropriate.

Based on the foregoing,

**IT IS ORDERED** that CB&I's Motion to Compel (R. Doc. 16) is **DENIED** without prejudice to refiling the motion with attached copies of the interrogatories and requests for production at issue.  If re-filed, plaintiff should anticipate an order for expedited briefing.

Signed in Baton Rouge, Louisiana, on May 19, 2017.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**